**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESSICA DOMINGUEZ,

                Plaintiff,                21 **CIVIL** 9820 (ALC)

    -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 11, 2022, the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, including the opportunity for a hearing.

**Dated:**  New York, New York
          July 11, 2022

                                                    **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                       **BY:**      *K. Mango*
                                                        **Deputy Clerk**